IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH INGRAM, § § *Plaintiff*, § § v. § § C. R. BARD, INC., a Foreign corporation, § BARD PERIPHERAL VASCULAR, INC., § an Arizona corporation, and DOES 1 § through 100 Inclusive § § § § *Defendants*. § | Case No. 3:20-cv-00556-HTW-LRA |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT
<u>MOTION FOR TEMPORARY STAY</u>**

Plaintiff Joseph Ingram ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") (Plaintiff and Bard are collectively referred to as the "Parties"), respectfully submit this Joint Motion for Temporary Stay. The Parties request that this Court stay this case and all actions in it for a period of ninety (90) days to permit them to pursue negotiations of a global settlement of this and all cases originally filed by Plaintiff's counsel in similar matters that were subsequently removed to the United States District Court for the Northern District of Texas and transferred to District Courts all over the country. Plaintiff's counsel and Defendants have settled in principle similar cases remanded from an MDL. The Parties believe that a stay is necessary to conserve their resources and attention so that they may attempt to resolve this case and the claims of other such plaintiffs represented by Plaintiff's counsel. Accordingly, the Parties jointly request that the Court enter a stay of discovery and all pretrial deadlines in this case for a period of ninety (90) days.

1

**MEMORANDUM OF LAW**

Plaintiff's counsel represents approximately 230 plaintiffs with cases proceeding in courts across the country that were transferred from the *In re: Bard IVC Filters Products Liability Litigation,* MDL 2641 (the "MDL"), involving claims against Defendants for injuries they contend arise out of their use of Defendants' IVC filters. The Parties have reached a settlement in principle concerning these cases and presently are finalizing the details of this settlement.

Plaintiff's counsel in this matter also represents approximately 575 plaintiffs with cases proceeding in this and other courts across the country that were transferred from the United States District Court for the Northern District of Texas asserting similar claims against Defendants for injuries they contend arise out of their use of Defendants' IVC filters. With respect to the cases transferred from the Northern District of Texas, such as this one, Counsel for the Parties have begun discussions in an attempt to achieve a global settlement of the cases and claims of the plaintiffs represented by Plaintiff's counsel. The Parties believe that their resources are best directed to focusing their efforts on potential settlement discussions, especially on the heels of successful settlement discussions relating to the cases transferred from the MDL. Thus, the Parties jointly move this Court to enter a stay of all discovery and pretrial deadlines in this case for a period of ninety (90) days.

This Court has broad discretion to stay proceedings as incidental to its power to control its own docket – particularly where, as here, a stay would promote judicial economy and efficiency. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (recognizing that the "[p]ower to stay proceedings is incidental to the power inherent in every court to control disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants"); *Hodges v. United States*, 597

F.2d 1014, 1018 (5th Cir. 1979); *McCollum v. Puckett Mach. Co.*, No. 1:13-CV-439-LG-JCG, 2015 WL 11112425, at *1 (S.D. Miss. Jan. 30, 2015); *Hinkle Metals & Supply Co. v. Compton's Appliance, Inc.*, No. 1:12-CV-17-HSO-RHW, 2012 WL 12965936, at *1 (S.D. Miss. June 21, 2012 ("The trial court is afforded broad discretion to preserve the integrity and purpose of the pretrial order"); *Herrington v. Promise Specialty Hosp.*, 665 F. Supp. 2d 708, 711 (S.D. Miss. 2009) ("District courts have broad discretion in pretrial matters").

Further, Federal Rules of Civil Procedure 26(c) and 26(d) vest the Court with authority to limit the scope of discovery or control its sequence, upon a showing of good cause and reasonableness. *Britton,* 523 U.S. at 598. Although settlement discussions do not automatically excuse a party from its discovery obligations, the parties can seek a stay of discovery prior to a deadline. *Petrus v. Bowen*, 833 F.2d 581, 583 (5th Cir. 1987) (discussing court's broad discretion and inherent power to stay discovery); *Am. Gen. Life Ins. Co. v. Hannah,* No. 1:12-CV-00087-GHD, 2012 WL 6132507, at *2 (N.D. Miss. Dec. 10, 2012) (same). Facilitating the Parties' efforts to resolve their dispute entirely through continued settlement negotiations is reasonable and constitutes good cause for granting the requested stay of discovery and other pretrial deadlines. *See Robbins v. Flowers Floods*, *Inc.*, No. 3:17-cv-138-MPM-JMV, 2018 U.S. Dist LEXIS 172757, at *1-2 (N.D. Miss. Oct. 1, 2018) (finding good cause to stay proceeding for a period of 60 days appropriate pending settlement approval).

Accordingly, the Parties respectfully request that the Court enter a stay of all activity in this case, for a period of ninety (90) days.

**WHEREFORE**, the Parties respectfully request that this Court enter a stay of all discovery and pretrial deadlines in this case for a period of ninety (90) days.

Dated: September 17, 2020

SHELTON DAVIS PLLC

*/s/ David Shelton*
David Shelton, Esq.
MSB No. 99675
1223 Jackson Ave. East, Ste. 202
P.O. Box 2541
Oxford, MS 38655
Tel. (662) 281-1212
Fax. (662) 281-1312
Email: david@sheltondavispllc.com

FEARS NACHAWATI, PLLC
Steven Schulte
Texas Bar No. 24051306
Email: Schulte@Fnlawfirm.Com
5473 Blair Road
Dallas, TX 75231
Tel: (214) 890-0711
Fax: (214) 890-0712

*Counsel for Plaintiff Joseph Ingram*

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Elizabeth Ross Hadley*
Elizabeth Ross Hadley
MSB No. 99662
300 West 6th Street, Suite 2050
Austin, TX 78701
Tel: (512) 320-7227
Fax: (512) 320-7210
Email: hadleye@gtlaw.com

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC - Jackson
J. Carter Thompson , Jr.
MSB No.8195
One Eastover Center
100 Vision Drive, Suite 400
P. O. Box 14167 (39236-4167)
Jackson, MS 39211
Tel: (601) 351-8942
Fax: (601) 974-8942
Email: cthompson@bakerdonelson.com

*Counsel for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*