IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH INGRAM, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 3:20-cv-00556-HTW-LRA |
| | § | |
| C. R. BARD, INC., a Foreign corporation, | § | |
| BARD PERIPHERAL VASCULAR, INC., | § | |
| an Arizona corporation, and DOES 1 | § | |
| through 100 Inclusive | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**JOINT MOTION TO EXTEND STAY**

Plaintiff Joseph Ingram ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") (Plaintiff and Bard are collectively referred to as the "Parties"), by and through their undersigned counsel, jointly move this Court to extend the stay in this case for an additional 90 days to permit them to finalize the settlement of this case. On September 18, 2020, the Court entered an order granting the parties' Joint Motion to Stay Proceedings [Text Only Order, 09/18/2020], staying all deadlines and proceedings until December 28, 2020. During the stay period, the parties continued to pursue settlement negotiations of this and hundreds of other cases originally filed by Plaintiff's counsel in similar matters that were subsequently removed to the United States District Court for the Northern District of Texas and transferred to District Courts all over the country. Accordingly, the Parties jointly request that the Court allow the stay to remain in place for an additional ninety (90) days, through March 29, 2021, to allow time for the Parties to finalize the settlement in these cases. The Parties incorporate herein

1

the Memorandum of Law filed at Dkt. No. 37 in support of the previously filed Joint Motion for Temporary Stay.

WHEREFORE, the Parties jointly move this Court to allow the stay to remain in place for ninety additional (90) days, through March 29, 2021.

Respectfully submitted, this 23rd day of December 2020.

| | |
|---|---|
| SHELTON DAVIS PLLC | GREENBERG TRAURIG, LLP |
| | |
| */s/ David Shelton* | */s/ Elizabeth Ross Hadley* |
| David Shelton, Esq. | Elizabeth Ross Hadley |
| MSB No. 99675 | MSB No. 99662 |
| 1223 Jackson Ave. East, Ste. 202 | 300 West 6th Street, Suite 2050 |
| P.O. Box 2541 | Austin, TX 78701 |
| Oxford, MS 38655 | Tel: (512) 320-7227 |
| Tel. (662) 281-1212 | Fax: (512) 320-7210 |
| Fax. (662) 281-1312 | Email: hadleye@gtlaw.com |
| Email: david@sheltondavispllc.com | |
| | BAKER, DONELSON, BEARMAN, |
| FEARS NACHAWATI, PLLC | CALDWELL & BERKOWITZ, PC |
| Steven Schulte | J. Carter Thompson, Jr. |
| Texas Bar No. 24051306 | MSB No. 8195 |
| Email: Schulte@Fnlawfirm.Com | One Eastover Center |
| 5473 Blair Road | 100 Vision Drive, Suite 400 |
| Dallas, TX 75231 | P. O. Box 14167 (39236-4167) |
| Tel: (214) 890-0711 | Jackson, MS 39211 |
| Fax: (214) 890-0712 | Tel: (601) 351-8942 |
| | Fax: (601) 974-8942 |
| *Counsel for Plaintiff Joseph Ingram* | Email: cthompson@bakerdonelson.com |
| | |
| | *Counsel for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.* |

2